# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ANDREW CARROLL <br><br> *Plaintiff(s)* <br> v. <br> Thomas C. Krumpter, Acting Police Commissioner; Steven E. Skrynecki, Chief of Department, Nassau County Police Department; Daniel P. Flanagan, Commanding Officer, First Precinct, Officer Budinilic, First Precinct, Officer John Doe and County of Nassau <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* County of Nassau
Nassau County Attorney
One West Street
Mineola, New York 11566

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert T. Bean
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
DOUGLAS C. PALMER

Date: MAR 25 2015

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ANDREW CARROLL

*Plaintiff(s)*

v.

Thomas C. Krumpter, Acting Police Commissioner; Steven E. Skrynecki, Chief of Department, Nassau County Police Department; Daniel P. Flanagan, Commanding Officer, First Precinct, Officer Budinilic, First Precinct, Officer John Doe and County of Nassau

*Defendant(s)*

Civil Action No.

CV 15  1550

FEUERSTEIN, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Budinilic
First Precinct
Nassau County Police Department
900 Merrick Rd.
Baldwin, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert T. Bean
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: MAR 25 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ANDREW CARROLL

*Plaintiff(s)*

v.

Thomas C. Krumpter, Acting Police Commissioner; Steven E. Skrynecki, Chief of Department, Nassau County Police Department; Daniel P. Flanagan, Commanding Officer, First Precinct, Officer Budinilic, First Precinct, Officer John Doe and County of Nassau

*Defendant(s)*

Civil Action No. CV 15 1550

FEUERSTEIN, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Thomas C. Krumpter, acting Police Commissioner
1490 Franklin Avenue
Mineola, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert T. Bean
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **MAR 25 2015**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ANDREW CARROLL

*Plaintiff(s)*

v.

Thomas C. Krumpter, Acting Police Commissioner; Steven E. Skrynecki, Chief of Department, Nassau County Police Department; Daniel P. Flanagan, Commanding Officer, First Precinct, Officer Budinilic, First Precinct, Officer John Doe and County of Nassau

*Defendant(s)*

FEUERSTEIN, J.

Civil Action No. CV 15 1550

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel P. Flanagan, Commanding Officer
First Precinct
Nassau County Police Department
900 Merrick Rd.
Baldwin, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert T. Bean
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **MAR 25 2015**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ANDREW CARROLL <br><br> *Plaintiff(s)* <br><br> v. <br><br> Thomas C. Krumpter, Acting Police Commissioner; Steven E. Skrynecki, Chief of Department, Nassau County Police Department; Daniel P. Flanagan, Commanding Officer, First Precinct, Officer Budinilic, First Precinct, Officer John Doe and County of Nassau <br><br> *Defendant(s)* | FEUERSTEIN, J. <br><br> Civil Action No. <br><br> **CV 15    1550** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven E. Skrynecki, Chief of Department
Nassau County Police Department
1490 Franklin Avenue
Mineola, New York 11501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert T. Bean
Attorney for the Plaintiff
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
E-Mail: RBeanlaw@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **MAR 25 2015**

_____
*Signature of Clerk or Deputy Clerk*