## Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
718-616-1414

Cell Phone: 484-838-9464
E-Mail: RBeanlaw@aol.com

Fax: 718-368-0981

Of Counsel for
Tanya Gendelman, P. C.

4-10-15

Via ECF
Hon. Sandra J. Feuerstein
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: Carroll v. Krumpter et al
Docket No.: CV 15-1550 (SJF) (ARL)
**Notification of Related Cases**
**Local Rule 1.6 (a)**

Dear Judge Feuerstein,

    The above case involves the policy of the Nassau County Police Department of searching for and seizing firearms in all "domestic incidents" with a "police presence". There is a pending related case, *Weinstein v. Krumpter* et al, CV 14-7210 (ADS) (AKT) before Judge Spatt, involving essentially the same defendants and the same policy, which plaintiffs allege is unconstitutional. Judge Spatt has previously ruled on a similar seizure in *Razzano v. County of Nassau*, 765 F.Supp.2d. 176, E.D.N.Y. (2011). In that case he held that in the event of such firearm seizures, where the firearms are not fruits or instruments of a crime, where there is no arrest or charges filed and no Order of Protection, the owner of the seized firearms is entitled to a prompt post deprivation hearing.

    Plaintiffs in both cases allege that the Defendants continue the same unconstitutional searches and seizures and have not complied with the *Razzano* decision by providing a prompt post deprivation hearing. Essentially the same injunctive relief is requested in both cases and there is pending before Judge Spatt a Motion for Preliminary Injunction which would apply to the *Carroll* case now pending in this court. Defendant have not yet answered or appeared in this matter. Notification of the related case was included in the Civil Cover Sheet.

    Based on the above, you may wish to transfer this matter to Judge Spatt for judicial economy.

Sincerely,

Robert T. Bean

Via ECF and E-Mail
Carnell T. Foskey
Nassau County Attorney

Rule 1.6 (a) Notice of Related Case

Attn. R. Reissman
Deputy Nassau County Attorney
One West Street
Mineola, New York 11566
e-mail: RReisman@nassaucounty.gov

Attn. R. Reissman

Rule 1.6 (a) Notice of Related Case