# EXHIBIT 1

Exhibit 1, Affirmation of Carroll

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW CARROLL,

      Plaintiff,

-against-

THOMAS C. KRUMPTER, Acting Police Commissioner, Nassau County, New York

STEVEN E. SKRYNECKI, Chief of Department, Nassau County Police Department,

DANIEL P. FLANAGAN, Commanding Officer, First Precinct, Nassau County Police Department,

Officer BUDINILIC, Badge No. 3051, First Precinct, Nassau County Police Department

JOHN DOE, Sargent First Precinct, Nassau Police Department,

NASSAU COUNTY POLICE DEPARTMENT,

and

COUNTY OF NASSAU

      Defendants

CIVIL ACTION NO.
CV 15 – 01550 – (ADS)
(ARL)

AFFIRMATION OF
ANDREW CARROLL

Jury Trial Demanded

Andrew Carroll, in accordance with 28 U.S.C. § 1746, does declare under penalty of perjury following is true and correct:

1. I am a resident of the town of Bellmore, Nassau County, New York. I live in my grandmother's house in the attic apartment. My mother also lives in the house in a separate basement apartment. My mother claimed I owed her $50.

2. On September 30, 2014 I returned home from work and discovered one of my firearms missing, an AR 15 rifle. My mother stated she had taken my rifle as collateral for the loan. I asked her were it was. She said she had sold it or given it away to another person. I became concerned and called the police at about 6:30pm that evening and reported the missing firearm.

3. At 8:30pm officer Budinilic of the Nassau County Police Department arrived. He then confiscated my remaining .22 rifle and my shotgun, which were not missing, which were in my apartment.

4. After other officers arrived (back up) they retrieved my AR 15 rifle from my mother in the basement.

5. I was initially told that the firearms would be returned to me before the end of the night if no charges were filed. Later that night at about 10pm a sargent arrived, and informed my that the precinct had made the decision to "keep the guns".

6. I was given a receipt for the guns and a police report and told I would get paper work to begin the process of getting my guns back.

7. After three weeks, no paper work had arrived. I enlisted the help of my uncle who is a retired police officer. He reported to me that after several hours and after going to several precinct, that I could probably get my shotgun and .22 rifle back, but they had no record of the AR 15.

Affirmation of Andrew Carroll                                                                                        2

8. On or about November 8, 2014, I went to the first precinct to get my shotgun and rifle back. I was given the run around and eventually the name of Capt. Gisondi and to contact him.

9. My firearms have not been returned to this date nor am I getting any information or help form the police as to what I need to do to get them back.

10. Not charges were filed on anyone and no Orders of Protection were issued.

11. Since I am not disqualified from possessing a firearm, I have purchased another AR 15 to replace the one taken by the police.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: Bellmore, New York
       February 21, 2015

*Andrew Carroll*
Andrew Carroll

Affirmation of Andrew Carroll

3