# EXHIBIT 2

Exhibit 2, OPS

| | |
|---|---|
| | **Removal and Disposition of Weapons – Domestic Incidents/Threats to Public Safety**  OPS 10023   2 |
| | credible threat to the physical safety of such intimate partner or child; or<br>(ii) by its terms explicitly prohibits the use, attempted use, or threatened use of physical force against such intimate partner or child that would reasonably be expected to cause bodily injury; or<br>(9) has been convicted in any court of a misdemeanor crime of domestic violence. |
| **DEFINITIONS** | Firearms: [See Glossary] |
| **SCOPE** | All Members of the Force. |
| **SOURCES** | 18 USC §922. Federal Gun Control Act.<br>NYS CPL §265. (Firearms and Other Dangerous Weapons) §400. (License to Carry, Possess, Repair and Dispose of Firearms) |
| **RULES** | No new rules within this procedure. |
| **REPLACES** | OPS 10023 Revision 1, dated 08/05/2011. |
| **PROCEDURE** | A. **Removal of Firearms, Rifles and Shotguns** |
| Police Officer | 1. *Confiscates* illegally possessed firearms, rifles, and shotguns *and*<br>   a. if present, *arrests* the offender, [See OPS 2115]<br>   b. *processes* the evidence.<br><br>2. *Confiscates* pistol licenses and licensed firearms when the licensee is:<br>   a. arrested,<br>   b. the subject of an order of protection,<br>   c. involved in physical violence or the threat of violence.<br><br>Note: A pistol license is a privilege. Any licensed pistol holder who refuses to surrender his pistol license and/or firearm(s) upon lawful request must be reported to the licensing agency.<br><br>3. *Confiscates* legally possessed firearms, rifles and shotguns when such firearms, rifles and shotguns create a threat of violence or threat to the public safety.<br><br>4. *Accepts* legally possessed firearms, rifles, and shotguns that are voluntarily surrendered by persons.<br><br>5. *Renders* firearms, rifles, and shotguns safe.<br><br>6. *Prepares* PDCN Form 41, Property Receipt, *and*<br>   a. *gives* a copy to the owner,<br>   b. *forwards* a copy to the Precinct Domestic Incident Liaison Officer.<br><br>7. *Invoices* the confiscated property.<br><br>B. **Licensed Firearms Investigation** |
| RB Pistol License Section Investigator | 1. *Conducts* a pistol license incident investigation and *prepares* recommendations regarding the following:<br>   a. disposition of the licensed firearms, |

# Removal and Disposition of Weapons – Domestic Incidents/Threats to Public Safety    OPS 10023   2

| | | |
|---|---|---|
| | b. | reinstatement of the pistol license, |
| | c. | suspension or revocation of the pistol license. |
| **RB Pistol License Section Investigator** | 2. | *Reports* the results of the investigation to a Records Bureau (RB) Pistol License Section Supervisor and *recommends* actions to be taken. |
| **RB Pistol License Section Supervisor** | 3. | *Reviews* the investigator's report and recommendations. |
| | 4. | *Forwards* a copy of the investigator's report and recommendations to the Precinct Domestic Incident Liaison Officer of the precinct of occurrence. |
| **Precinct Domestic Incident Liaison Officer** | 5. | *Reviews* the investigator's report and recommendations. |
| | 6. | *Confers* with a Pistol License Section Supervisor regarding the recommendations. |
| **RB Pistol License Section Supervisor** | 7. | *Prepares* and *forwards* a narrative report [See Glossary] to the Chief of Department detailing the results of the investigation and recommendations. |
| **Chief of the Department** | 8. | *Reviews* the narrative report and the recommendations and *notifies* the Records Bureau Commanding Officer of his decision. |
| **Records Bureau Commanding Officer** | 9. | *Follows* the direction of the Chief of Department. |
| **RB Pistol License Section Investigator** | 10. | *Notifies* the Precinct Domestic Incident Liaison Officer whenever firearms are to be returned, and |
| | | a. if previously confiscated rifles and shotguns are still being held: |
| | | (1) *notifies* the Precinct Domestic Incident Liaison Officer that these rifles and shotguns can be released, |
| | | (2) *includes* any rifles and shotguns along with licensed firearms when preparing PDCN Form 83, Property Disposition Form, |
| | | (3) *forwards* internal correspondence regarding reinstatement of pistol license, to the Precinct Domestic Incident Liaison Officer. |
| | **C. Rifles and Shotguns Investigation** | |
| **Precinct Domestic Incident Liaison Officer** | 1. | *Reviews* all incidents involving confiscation of rifles and shotguns as soon as possible. |
| | 2. | *Determines* if the confiscation of rifles and shotguns was appropriate. |
| | 3. | *Ensures* the immediate return of confiscated rifles and shotguns in the following situations: |
| | | a. confiscation was inappropriate, |
| | | b. new information is learned which makes the confiscation inappropriate. |
| | 4. | *Initiates* an administrative review to determine if a legal impediment exists *not* to return confiscated rifles and shotguns. |

# Removal and Disposition of Weapons – Domestic Incidents/Threats to Public Safety   OPS 10023   2

| | |
|---|---|
| **Precinct Domestic Incident Liaison Officer** | 5. *Mails* the following forms, return receipt requested, to the owner of the rifles and shotguns:<br>   a. PDCN Form 173, Long Gun Review Record, *and*<br>   b. Long Gun cover letter.<br><br>6. *Forwards* the following *mandatory* information to the Desk Personnel and *directs* them to request a National Crime Information Computer (NCIC) inquiry, using the QICS format, to determine if there is any information that would prohibit a return of firearms, rifles, and shotguns under the Federal Gun Control Act [See Definition]:<br>   a. name,<br>   b. sex,<br>   c. race,<br>   d. date of birth,<br>   e. state of residence.<br><br>Note: A social security number *is not* mandatory but should also be forwarded, if available. |
| **Desk Personnel** | 7. *Completes* the QICS format on the NYSPIN computer and *transmits* to the Teletype Section. |
| **PCO Teletype Section** | 8. *Enters* the QICS into NYSPIN and *transmits* to the NYSP.<br><br>9. *Receives* reply from NYSPIN and *performs* a Criminal History Check in the eJusticeNY if there is any indication of criminal history.<br><br>10. *Faxes* the results to the requesting Desk Personnel. |
| **Desk Personnel** | 11. *Forwards* the results to the Precinct Domestic Incident Liaison Officer. |
| **Precinct Domestic Incident Liaison Officer** | 12. *Determines* if any of the following conditions exist:<br>   a. the owner is prohibited from possessing rifles or shotguns under the Federal Gun Control Act,<br>   b. the owner has a relevant pending court disposition,<br>   c. the owner is a subject of an order of protection,<br>   d. the owner has a relevant Nassau County arrest history,<br>   e. domestic incidents have occurred since the time of the confiscation or voluntary surrender,<br>   f. other extenuating circumstances which indicate that rifles and shotguns should not be returned.<br><br>13. *Interviews* the investigating detective, if the Detective Division was involved in the initial incident.<br><br>14. *Interviews* the victim of a domestic incident, outside the presence of the offender, to determine the following:<br>   a. current status of the relationship,<br>   b. if there have been any threats since the initial incident,<br>   c. whether the victim believes that the rifles and shotguns can be safely returned,<br>   d. any other circumstances relevant to the return of the rifles and shotguns. |

## Removal and Disposition of Weapons – Domestic Incidents/Threats to Public Safety   OPS 10023   2

| | |
|---|---|
| **Precinct Domestic Incident Liaison Officer** | 15. *Reviews* the gathered information to determine if the rifles and shotguns should continue to be held or be returned. |
| | 16. If notified by a Pistol License Section Supervisor that the owners license has been reinstated: |
| |     a. *prepares* a brief narrative report outlining the investigation, *indicating* that Pistol License Section has concluded a pistol license investigation and is reinstating the owners license, *and* |
| |     b. *forwards* the following to the Patrol Division Domestic Incident Coordinator: |
| |         (1) narrative report, |
| |         (2) copy of internal correspondence received from Pistol License Section regarding the reinstatement of pistol license. **[End of Procedure]** |
| | 17. *Prepares* a brief narrative report outlining the investigation, including a recommendation as to whether the rifles and shotguns should be returned. |
| | 18. *Prepares* the following forms, if the rifles and shotguns will be returned: |
| |     a. PDCN Form 83, and |
| |     b. PDCN Form 110, Property Bureau Notice to Claimant Card. |
| | 19. *Forwards* the following to the Patrol Division Domestic Incident Coordinator: |
| |     a. narrative report, |
| |     b. PDCN Form 83, if prepared, |
| |     c. PDCN Form 110, if prepared. |
| **Patrol Division Domestic Incident Coordinator** | 20. *Reviews* the narrative report and *confers* with the Precinct Domestic Incident Liaison Officer. |
| | 21. *Advises* the Precinct Domestic Incident Liaison Officer to *either:* |
| |     a. continue to hold the rifles and shotguns, *or* |
| |     b. return them to the owner. |
| | 22. *Forwards* the following forms to Property Bureau (PB) if the rifles and shotguns will be returned: |
| |     a. PDCN Form 83, and |
| |     b. PDCN Form 110. |
| **Precinct Domestic Incident Liaison Officer** | 23. If the shotguns and rifles *will not* be returned, *notifies* Legal Bureau to initiate legal proceedings. |
| | 24. *Notifies* the following regarding the status of the rifles and shotguns: |
| |     a. victim, if one exists, |
| |     b. owner, only if rifles and shotguns will be returned. |
| | 25. *Notifies* PB to destroy firearms, rifles and shotguns in the following situations: |
| |     a. owner can not be located, |

| | |
|---|---|
| | **Removal and Disposition of Weapons – Domestic Incidents/Threats to Public Safety**  OPS 10023  2 |
| | b. owner does not want rifles and shotguns returned,<br>c. an investigation reveals a legal impediment still exists not to return the rifles and shotguns. |
| | Note: The Liaison Officer should take into consideration if rifles and shotguns should continue to be held for reasons such as court orders, which *temporarily* prohibit the owner from possessing such rifles and shotguns. |
| **Precinct Domestic Incident Liaison Officer** | 26. *Maintains* written records of all actions taken regarding confiscated or voluntarily surrendered rifles and shotguns. |
| **Property Bureau Personnel** | 27. *Upon receipt* of PDCN Form 83 and PDCN Form 110:<br>a. *mails* PDCN Form 110, return receipt requested, to the owner of the rifles and shotguns, and<br>b. *files* PDCN Form 83. |