**EDWARD MANGANO**
County Executive



**CARNELL T. FOSKEY**
County Attorney

## COUNTY OF NASSAU
## OFFICE OF THE COUNTY ATTORNEY
One West Street
Mineola, New York 11501-4820
516-571-3056
FAX:  516-571-3058

June 23, 2015

**VIA ECF**
Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

Re: *Carroll v. Krumpter, et. al.*
15-CV-1550 (ADS) (ARL)

Dear Judge Spatt:

      This office represents the Thomas C. Krumpter, Steven E. Skrynecki, the Nassau County Police Department, Daniel P. Flanagan and Officer Budinilic ("County Defendants") in the above referenced matter and write at this time, (with the consent of Plaintiff's counsel) to request a sixty (60) day extension of time until September 2, 2015 to respond to Plaintiff's Motion for Preliminary Injunction.  The response in this matter is currently due June 26, 2015.

      The basis for this request is that the Nassau County Police Department ("NCPD") had previously received documentation from Plaintiff requesting the return of his firearm.  Thereafter, additional documentation was provided to Plaintiff's counsel which requires the signature of Plaintiff's mother and anyone else residing with Plaintiff before his long guns can be returned.  Also, required is a letter from Plaintiff himself detailing the incident that lead to the confiscation of his long guns together with the reasons that his long guns should be returned to him as well as his plan to prior signature by Plaintiff himself in order to facilitate the return of Plaintiff's long gun.

      Once the documentation is received it will be reviewed and processed by the NCPD.  Therefore, the matter before the Court may be resolved without the need for judicial intervention in the form of the Motion for the Preliminary Injunction.

Respectfully submitted,
*Diane C. Petillo*
Diane C. Petillo
Deputy County Attorney