**Law Office of Robert T. Bean**
3033 Brighton 3rd Street
Brooklyn, New York 11235
718-616-1414

Cell Phone: 484-838-9464    Fax: 718-368-0981        Of Counsel for
E-Mail: RBeanlaw@aol.com                              Tanya Gendelman, P. C.

2-9-16

**JUDGE ARTHUR D. SPATT**
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

                          Re: Carroll v. Krumpter et al
                          Docket No.: CV 15 - 01550 (ADS) (ARL)

Dear Judge Spatt,

    This matter was originally assigned to Judge Fuerstein, but transferred to your honor because you had a similar pending case. As a result no Initial Conference was held. I therefore am requesting that this matter be scheduled for an Initial Conference.

                                                     Sincerely,

                                                     Robert T. Bean

cc:    Via E-Mail and EFC
        Carnell T. Foskey
        Nassau County Attorney
        Attorney of Defendants
        Diane C. Petillo
        One West Street
        Mineola, New York 11501-4820
        dpetillo@nassaucountyny.gov