UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDREW CARROLL,

                        Plaintiff,                    **INITIAL CONFERENCE**
                                                            **ORDER**
             -against-                              CV 15-1550 (ADS) (ARL)

THOMAS C. KRUMPTER, et al,

                        Defendants.
-----------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       An initial conference will be held in this case on **March 16, 2016** at **2:00 p.m.** before the undersigned in Courtroom 810, United States Federal Courthouse, Central Islip, New York. All counsel must be present at the date and time indicated above except as provided below.

       Attached is a proposed pretrial scheduling order prepared by the court. The parties shall meet and confer regarding the proposed order. If the dates in the proposed order are acceptable and there are no other issues that the parties would like to address with the court, the parties may electronically file a letter application at least forty-eight hours prior to the date of the scheduled conference stating their agreement with the proposed order and requesting that the initial conference be canceled. Upon receipt the letter application, the initial conference will be canceled and the proposed scheduling order will be entered. The parties may also request by letter application that the case be referred to mediation.

       The parties are reminded of the obligation to provide automatic disclosures pursuant to Rule 26(a)(1) unless this proceeding is exempted from such disclosure pursuant to Rule 26(a)(1)(E).


Dated:  Central Islip, New York                    SO ORDERED:
          February 12, 2016

                                                                 _____/s/_____
                                                                 ARLENE ROSARIO LINDSAY
                                                                 United States Magistrate Judge