**Law Office of Robert T. Bean**
**3033 Brighton 3rd Street**
**Brooklyn, New York 11235**
**718-616-1414**

Cell Phone: 484-838-9464       **Fax:  718-368-0981**        Of Counsel for
E-Mail: RBeanlaw@aol.com                                      Tanya Gendelman, P. C.

2-23-16

**ARLENE R. LINDSAY**
U.S. Magistrate Judge
United States District Court
100 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

                                    Re: Carroll v. Krumpter et al
                                    Docket No.: CV 15 - 01550 (ADS) (ARL)

Dear Magistrate Lindsay,

   The parties have conferred as per your Initial Conference Order (Doc. 13) and agree to the dates set forth in the Proposed Scheduling Order (Doc. 13-1) and request that the Initial Conference scheduled for March 16, 2016 be canceled.

                                    Sincerelsy,

                                    _____/S/_____
                                    Robert T. Bean,
                                    Attorney for Plaintiff


                                    _____/S/_____
                                    Diane C. Petillo
                                    Deputy Nassau County Attorney
                                    Attorney of Defendants
                                    One West Street
                                    Mineola, New York 11501-4820
                                    dpetillo@nassaucountyny.gov