# Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
718-616-1414

Cell Phone: 484-838-9464  Fax: 718-368-0981  Of Counsel for
E-Mail: RBeanlaw@aol.com                      Tanya Gendelman, P. C.

12-28-15

Carnell T. Foskey
Nassau County Attorney
Attn. Diane C. Petillo
Deputy Nassau County Attorney
One West Street
Mineola, New York 11566

dpetillo@nassaucountyny.gov

Via First Class Mail
And e-mail

Re: Carroll v. Krumpter et al
Docket No.: CV 15-CV-1550 (ADS) (ARL)

Dear Ms. Petillo,

Please find enclosed Plaintiff's First Request for Documents. If any of the information and documents requested are electronically stored so as to make paper production impractical, please give me a call so we can determine a procedure to be used regarding production.

Sincerely,

Robert T. Bean

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANDREW CARROLL,

    Plaintiff,

    -against-

THOMAS C. KRUMPTER, Acting Police Commissioner, Nassau County, New York

STEVEN E. SKRYNECKI, Chief of Department, Nassau County Police Department,

DANIEL P. FLANAGAN, Commanding Officer, First Precinct, Nassau County Police Department,

Officer BUDINILIC, Badge No. 3051, First Precinct, Nassau County Police Department

JOHN DOE, Sargent First Precinct, Nassau Police Department,

NASSAU COUNTY POLICE DEPARTMENT,

and

COUNTY OF NASSAU

    Defendants

CIVIL ACTION NO.

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

Jury Trial Demanded

        Pursuant to Fed. R. Civ. P. 34, Plaintiff ANDREW CARROLL, by and through the undersigned attorneys, the Law Office of Robert T. Bean, hereby request that the documents described below be produced by Defendants, for inspection and copying at the

offices of Robert T. Bean, 3033 Brighton 3rd Street, Brooklyn, New York 11235, on or before thirty (30) days after service hereof. The requests are to be responded to in accordance with the following Definitions.

### REQUEST FOR PRODUCTION OF DOCUMENTS

Definitions:

1. "Incident in question" is the confiscation of the firearms of Plaintiff Andrew Carroll on September 30, 2014.

2. "Prompt Post Deprivation Hearing" means that hearing set forth in *Razzano v. County of Nassau*, No. 07-cv-3983, reported 765 F. Supp. 2d. 176 (Feb. 28, 2011).

3. "Nassau County" includes all defendants herein and any employee, agent, official, officer or contractor acting for or on behalf of Nassau County or the Nassau County Police Department.


Documents Requested:

1. The transcript and/or the recording of the 911 phone call made by Andrew Carroll on September 30, 2014.

2. Transcripts of all communications between the 911 operator and Dispatch regarding the incident in question.

3. Transcripts and/or recordings of all electronic, e-mail, text or radio communications between Officer Budinlic, badge number 3051 and/or other responding officers and Nassau County Police Department Dispatch prior to and after his visit to Plaintiff's home.

4. Transcripts, recordings or copies of all orders written or electronic given to any responding officers regarding the incident in question.

5. All written or electronic reports or documents prepared or produced by any responding officer regarding the incident in question.

6. All written or electronic reports or documents prepared or produced by DANIEL P. FLANAGAN, Commanding Officer, First Precinct, regarding the incident in question.

7. All written or electronic reports or documents obtained, reviewed or produced by Capt. Gisondi, the Domestic Incident Liaison Officer of the First Precinct, regarding the incident in question.

8. All written or electronic reports or documents, legal memoranda, meeting transcripts, regarding bringing the firearms confiscation policies of the Nassau County Police Department in compliance with the Court's Decision in *Razzano v. County of Nassau*, No. 07-cv-3983, reported 765 F. Supp. 2d. 176 (Feb. 28, 2011).

9. All written or electronic documents formulating a prompt post deprivation hearing procedure by Nassau County in compliance with *Razzano v. County of Nassau*, No. 07-cv-3983, reported 765 F. Supp. 2d. 176 (Feb. 28, 2011).

10. Copies of all request for a post deprivation hearing received from plaintiff or his attorney.

11. Copies of all Notices sent to Plaintiff by Nassau County regarding any prompt post deprivation hearing following the incident in question.

12. Transcript of any post deprivation hearing conducted following the incident in question.

13. A copy of the decision following the prompt post deprivation hearing regarding the incident in question.

14. Copies of all training or instruction material furnished to instruct and/or educate Officers of the Nassau County Police Department regarding the decisions of the Supreme Court of the United States in *District of Columbia v. Heller* 554 U.S. 570, 128 S. Ct. 2783 (2008) and *McDonald v. City of Chicago* 561 U.S. 742, 130 S. Ct. 3020 (2010) and the decision of the United States District Court, Eastern District of New York in the *Razzano* case.

15. All documents, legal memoranda or opinions prepared by the Nassau County Attorney's Office with regard to the requirement to instruct Officers of the Nassau County Police Department regarding the decisions of the Supreme Court of the United States in *Heller* and *McDonald* and the decision of the United States District Court, Eastern District of New York in the *Razzano* case with regard to firearm confiscations.

16. Copies of all instructor's notes to regarding any training or education provided to Officers of the Nassau County Police Department regarding the decisions of the Supreme Court of the United States in *District of Columbia v. Heller* 554 U.S. 570, 128 S. Ct. 2783 (2008) and *McDonald v. City of Chicago* 561 U.S. 742, 130 S. Ct. 3020 (2010) and

the decision of the United States District Court, Eastern District of New York in the *Razzano* case.

17.     Copies of any receipts issued at the time of or following the confiscation of Plaintiff's firearms.

18.     Copies of all compensations paid by Nassau County to the Plaintiff for the firearms which were taken by Nassau County.

Dated: Brooklyn, New York
December 28, 2015

By: /s/ Robert T. Bean
Robert T. Bean, Esq. (RB4464)
Law Office of Robert T. Bean
3033 Brighton 3rd Street
Brooklyn, New York 11235
(718) 616-1414
e-mail: RBeanlaw@aol.com

To:

Via First Class Mail
And E-Mail

Carnell T. Foskey, Nassau County Attorney
Attorney for Defendants
Attn: Diane C. Petillo
Deputy Nassau County Attorney
One West Street
Mineola, New York 11566
dpetillo@nassaucountyny.gov