UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANDREW CARROLL,

                        Plaintiff,           **ORDER**

     -against-                                CV 15-1550 (ADS) (ARL)

THOMAS C. KRUMPTER, Acting Police
Commissioner, Nassau County, New York, et al.,

                        Defendants.
----------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter application dated July 21, 2016, seeking to compel the defendants to provide initial disclosures and to respond to the plaintiff's Request for the Production of Documents served on the defendants in December 2015. According to plaintiff's counsel, he has spoken to defense counsel who promised that responses would be forthcoming, but to date the defendants have failed to respond. Moreover, the defendants have not responded to the instant application. Accordingly, the motion is granted, as unopposed. The defendants shall serve the plaintiff with their initial disclosures and their response to the Request for the Production of Documents by August 19, 2016.

Dated: Central Islip, New York
         August 1, 2016

**SO ORDERED:**

                /s/
ARLENE ROSARIO LINDSAY
United States Magistrate Judge