UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ANDREW CARROLL,                                          **15-CV-1550**
                                             Plaintiff,                 **(ADS) (ARL)**

                 -against-

THOMAS C. KRUMPTER, Acting Police Commissioner,            **NOTICE OF**
Nassau County, New York, STEVEN E. SKRYNECKI,               **APPEARANCE**
Chief of Department, Nassau County Police Department,
DANIEL P. FLANAGAN, Commanding Officer, First
Precinct, Nassau County Police Department, OFFICER
BUDLINIC, First Precinct, Nassau County Police
Department, OFFICER JOHN, and COUNTY OF
NASSAU,

                                             Defendants.
------------------------------------------------------------------------ X

      **PLEASE TAKE NOTICE**, that Ralph J. Reissman, Deputy County Attorney in the office of Nassau County Attorney Carnell T. Foskey, appears on behalf of defendants Thomas C. Krumpter, Steven E. Skrynecki, Daniel P. Flanagan, Officer Budlinic and County of Nassau in the within action, and that all papers are to be served upon the undersigned.

Dated: Mineola, New York
         August 19, 2016

                                                     **CARNELL T. FOSKEY**
                                                     Nassau County Attorney
                                                    Attorney for Defendants

                                                   By: /s/ Ralph J. Reissman
                                                          RALPH J. REISSMAN
                                                   Deputy County Attorney
                                                   One West Street
                                                   Mineola, NY 11501
                                                   (516) 571-3046

TO: (via ECF)
The Law Offices of Robert T. Bean
Attorney for Plaintiff
3033 Brighton 3rd Street

Brooklyn, New York 11235
(718) 616-1414